STATE of Missouri, Respondent,

v.

Robert L. MORTELL, Appellant.

No. WD 52208.

Missouri Court of Appeals,
Western District.

Oct. 1, 1996.

Judith C. LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Becky Owenson Kilpatrick, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Robert Mortell appeals from his conviction of one count of possession of a controlled substance, § 195.202,[1] and sentence of two years imprisonment.

The judgment is affirmed. Rule 30.25(b).

---

1. All statutory references are to RSMo 1994, unless otherwise noted.